■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND BRYANT, Appellant. (Appeal No. 2.) [984 NYS2d 915]— Appeal from a judgment of the Monroe County Court (Melchor E. Castro, A.J.), rendered June 4, 2010. The judgment convicted defendant, upon his plea of guilty, of burglary in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously modified on the law by vacating the sentence and as modified the judgment is affirmed and the matter is remitted to Monroe County Court for further proceedings in accordance with the same memorandum as in *People v Bryant* (117 AD3d 1551 [2014]). Present—Scudder, P.J., Smith, Carni, Lindley and Whalen, JJ.